**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6126**

---

JEFFREY ALAN TAYLOR,

Plaintiff - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CA-99-2102-2)

---

Submitted: April 27, 2001          Decided: May 4, 2001

---

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jeffrey Alan Taylor, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jeffrey Alan Taylor appeals the district court's order denying his second motion for reconsideration of the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint for failure to exhaust administrative remedies. We have reviewed the record and the district court's order and find no reversible error. In the briefing order, Taylor was warned that this court would not consider issues not specifically raised in his informal brief. See 4th Cir. Local R. 34(b). Nonetheless, Taylor's informal brief does not challenge the district court's order, but instead addresses only the merits of his § 1983 claim. Accordingly, we affirm. We also deny Taylor's motion for a certificate of appealability and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED